# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VEDA RACHELLE GUYLLETTE, WIFE
OF/AND WILLIAM W. JENKINS

NO.  2022 CW 0196

VERSUS

AMERICAN TELEPHONE & TELEGRAPH
(AT&T)

**JUNE 21, 2022**

---

In Re:   Bellsouth   Telecommunications,   LLC   D/B/A   AT&T
Louisiana,   applying   for   supervisory   writs,   22nd
Judicial District Court, Parish of St. Tammany, No.
2011-17077.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** An action is abandoned when the parties fail to take any step in its prosecution or defense in the district court for a period of three years. La. Code Civ. P. art. 561(A)(1).   Abandonment   is   self-executing;   it   occurs automatically with the passing of three years without a step being taken by either party. See La. Code Civ. P. art. 561(A)(1) and (3).

The   evidence   presented   is   insufficient   to   prove   an interruption of the abandonment period occurred after August 26, 2015, when plaintiffs/respondents, Veda Rachelle Guyllette, wife of/and William W. Jenkins, responded to discovery requests propounded by defendant/relator, BellSouth Telecommunications, LLC d/b/a AT&T Louisiana. Thereafter, BellSouth filed its Motion to Dismiss for Abandonment on February 15, 2019, with the district court granting BellSouth's motion and dismissing plaintiffs' claims against it as abandoned on March 7, 2019. Moreover, there is insufficient evidence to establish that the May 10, 2018 discovery requests, allegedly propounded by plaintiffs to BellSouth, constitute a step in the prosecution or defense of the instant litigation, as plaintiffs' counsel offers uncorroborated statements that the discovery requests were, in fact, mailed to BellSouth on May 10, 2018. See **Bridges v. Baton Rouge Police Department,** 2017-0710 (La. App. 1st Cir. 5/17/11), 250 So.3d 990 & **Dunn v. City of Kenner,** 2009-1108 (La. 9/18/09), 17 So.3d 400.

Accordingly,   the   district   court's   September   30,   2021 judgment,   which   granted   plaintiffs'   Motion   to   Set   Aside Dismissal for Abandonment and vacated the earlier March 7, 2019 judgment   dismissing   the   instant   matter   as   abandoned,   is reversed. As such, the district court's March 7, 2019 Order of Dismissal remains in effect.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_q.Sₙ0_
DEPUTY CLERK OF COURT
FOR THE COURT